[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

———————————————

No. 20-14751

Non-Argument Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

VENKATESH DAGUBATTI,

Defendant-Appellant.

2                    Opinion of the Court                    20-14751

_____

Appeal from the United States District Court
for the Northern District of Georgia

D.C. Docket No. 1:19-cr-00029-WMR-JSA-1

_____

Before JILL PRYOR, BRANCH, and LUCK, Circuit Judges.

Saraliene Smith Durrett, appointed counsel for Venkatesh Dagubatti in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dagubatti's convictions and sentences are **AFFIRMED**.